ACCEPTED
06-13-00233-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 1:47:43 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS

SIXTH COURT OF APPEALS DISTRICT OF TEXAS

TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 1:47:43 PM
DEBBIE AUTREY
Clerk

HAROLD L. GRAVES, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee

\*
\*
\*
\*
\*
\*
\*

NO. 06-13-00233-CR

## COUNSEL FOR APPELLANT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD AND MOTION TO SUBSTITUTE COUNSEL ON APPEAL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

*COMES NOW*, LARRY M. MOORE, Attorney of Record for the Appellant in the above-styled and numbered cause, and files this his *Counsel for Appellant's Motion to Withdraw as Counsel of Record and Motion to Substitute Counsel on Appeal,* and in support thereof would show the Court the following:

1.

That Counsel was originally retained by Appellant's family to represent the Appellant in the above-referenced cause.

2.

That effective January 1st, 2015, Counsel Larry M. Moore is leaving the private practice of law in order to take a job as Chief of the Criminal Division of the Tarrant County Criminal District Attorney's Office in Tarrant County, Texas; and thus he will be ineligible to continue to represent the Appellant in this cause. Counsel therefore respectfully requests that he be allowed to withdraw from his representation of the Appellant in this case at this time.

## 3.

Although the Court rendered its Opinion in this appeal on December 11th, 2014, Counsel believes that Appellant wishes to file a *Petition for Discretionary Review* in the Court of Criminal Appeals seeking review of this Court's Opinion. Unfortunately, Counsel will be unable to complete such a Petition before January 1st, 2015; and for such reason, alternative counsel will need to be substituted to represent the Appellant in this matter from this point forward.

## 4.

Counsel Larry has arranged with another attorney, HON. DAWN A. MOORE, who is duly qualified and experienced in appellate matters, to assume the responsibility for the representation of the Appellant in this cause. The Appellant's family has indicated to Counsel that they and Appellant are agreeable to such a substitution of counsel, and they are supportive of these requests.

*WHEREFORE, PREMISES CONSIDERED,* Counsel Larry M. Moore respectfully requests that the Court to grant this Motion, and that LARRY M. MOORE, Attorney at Law, be discharged as Appellant's Attorney of Record in this appeal, and that he be discharged from any further responsibility in this matter, and that DAWN A. MOORE, Attorney at Law, be substituted as Appellant's Attorney of Record in this appeal.

Respectfully submitted,

/S/ *Larry M. Moore*
LARRY M. MOORE
LAW OFFICE OF LARRY M. MOORE
4210 West Vickery Blvd.
Fort Worth, Texas 76107
larry@attorneylarrymoore.com
(817) 338-4800 - main
(817) 989-2442 - fax

*ATTORNEY FOR APPELLANT*

Agreed and Approved:

/S/ *Dawn A. Moore*                                    .
DAWN A. MOORE
BOSWELL & MOORE, P.C.
1504 East McKinney St., Suite 200
Denton, Texas  76209
dawn@boswellandmoore.com
(940) 382-4711 - main
(940) 349-9922 - fax


THE STATE OF TEXAS                *

                                  *        ***AFFIDAVIT***

COUNTY OF TARRANT                 *


*BEFORE ME,* the undersigned authority, on this day personally appeared LARRY M. MOORE, who after being duly sworn stated:

"My name is LARRY M. MOORE, and I am the attorney hired by the Appellant's family to represent HAROLD L. GRAVES, JR., the Appellant, in the foregoing cause. I have read the foregoing Motion; I have personal knowledge of the facts contained therein; and the facts alleged in such Motion are true and correct."

/S/ *Larry M. Moore*                           
LARRY M. MOORE


*SUBSCRIBED* and *SWORN* to before me on this the 29th day of December, 2014.

KIMBERLY MOORE
Notary Public
State of Texas
My Comm. Exp. 06-18-2018

KIMBERLY MOORE, Notary Public

## CERTIFICATE OF CONFERENCE

On December 29th, 2014, I, Larry M. Moore, the Appellant's attorney in this appeal attempted to contact Hon. Andy Porter, the Attorney for the State in this case regarding this Motion, by telephone, and I was unable to reach him or any other attorney in the Appellate Section regarding this Motion.

/S/ *Larry M. Moore*

LARRY M. MOORE

## CERTIFICATE OF SERVICE

On this the 29th, day of December, 2014, I hereby certify that a true and correct copy of the foregoing *Appellant's Motion to Withdraw as Counsel of Record and Motion to Substitute Counsel on Appeal* was mailed to Hon. Andy Porter, Assistant District Attorney at 401 West Belknap Street, Fort Worth, Texas 76102, and to the Hon. Dawn A. Moore, Attorney at Law, at 1504 E. McKinney, Suite 200, Denton, Texas, 76209.

/S/ *Larry M. Moore*

LARRY M. MOORE